IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARTIALLY IMPORTANT** <br> **PRODUCTIONS, LLC** <br> 555 West 57th Street, 8th Floor <br> New York, NY 10019 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE,** <br> 950 Pennsylvania Ave NW <br> Washington, D.C. 20530 <br><br> **U.S. CITIZENSHIP AND** <br> **IMMIGRATION SERVICES**, <br> Office of the Chief Counsel <br> 5900 Capital Gateway Drive <br> Mail Stop 2120 <br> Camp Springs, MD 20588-0009 <br><br> **U.S. DEPARTMENT OF HOMELAND** <br> **SECURITY**, <br> Office of the General Counsel <br> 245 Murray Lane, SW <br> Mail Stop 0485 <br> Washington, D.C. 20528-0485 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT**

1. Plaintiff PARTIALLY IMPORTANT PRODUCTIONS, LLC brings this suit to force Defendants to comply with Plaintiff's FOIA requests and release documents, contracts, and other records regarding USCIS's use of "God Bless the USA" at its naturalization ceremonies. In

violation of FOIA, Defendants have failed to issue a determination and have failed to produce records responsive to the requests.

## PARTIES

2.  Plaintiff PARTIALLY IMPORTANT PRODUCTIONS, LLC is a television production company based in New York, New York.  It produces *Last Week Tonight* with John Oliver, the Emmy and Peabody Award winning comedy-news show, which first premiered in April 2014 on HBO.  Each episode of *Last Week Tonight* comments on recent news events and does a "deep dive" on a complex or underreported sociopolitical topic, such as the death penalty, net neutrality, civil asset forfeiture, pay-day loans, artificial intelligence, and corruption in state legislatures.  PARTIALLY IMPORTANT PRODUCTIONS, LLC made the FOIA requests at issue in this case.

3.  Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.  Defendant U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS") is a component agency of U.S. DEPARTMENT OF HOMELAND SECURITY and subject to the Freedom of Information Act, 5 U.S.C. § 552.

5.  Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

6.  This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

7.  Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## PLAINTIFF'S TWO FOIA REQUESTS TO DOJ

**A. April 19, 2023 FOIA Request to DOJ's Office of Information and Policy ("OIP")**

8. On April 19, 2023, Plaintiff submitted a FOIA request to DOJ's OIP for the following records:

> [1] Emails, letters, memoranda, and other communications, including attachments, sent or received by DOJ employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at DOJ, communications with USCIS, DHS, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications;
>
> [2] Records referencing or created in the course of license negotiations regarding "God Bless the USA"; [and]
>
> [3] Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA." The time frame for search for this portion of the request is from January 1, 2016, through the date of your search.

A copy of the FOIA request is attached as Exhibit 1.

9. On April 24, 2023, the parties conferred via email to clarify that Plaintiff seeks records from the Office of the Associate Attorney General, the Office of Deputy Attorney General, and the Office of Public Affairs. OIP processes FOIA requests on behalf of these components. A true and correct copy of the email correspondence is attached as Exhibit 2.

10. On April 26, 2023, OIP acknowledged receipt of the request and assigned reference number FOIA-2023-01095 to the request. A true and correct copy of the acknowledgement letter is attached as Exhibit 3.

11. OIP assigned the request to the complex track. *Id.*

12. OIP stated that the request falls within "unusual circumstances" under 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) and that it needs to extend the time to respond "beyond the ten additional days provided by the statute." *Id.*

**B. April 19, 2023 FOIA Request to DOJ's Civil Division**

13. On April 19, 2023, Plaintiff submitted a FOIA request to DOJ's Civil Division for the following records:

> [1] Emails, letters, memoranda, and other communications, including attachments, sent or received by DOJ employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at DOJ, communications with USCIS, DHS, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications;
>
> [2] Records referencing or created in the course of license negotiations regarding "God Bless the USA"; [and]
>
> [3] Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA." The time frame for search for this portion of the request is from January 1, 2016, through the date of your search.

A true and correct copy of the request is attached as Exhibit 1.

14. On May 16, 2023, the Civil Division provided an acknowledgement letter. A true and correct copy of the Civil Division's acknowledgement letter, dated May 1, 2023, is attached as Exhibit 4.

15. The Civil Division assigned reference number 145-FOI-19268 to the request. *Id.*

16. The Civil Division assigned the request to the complex track.

17. The Civil Division stated that the request presents "unusual circumstances" under 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) and extended the time limit to respond "beyond the ten additional days provided by the statute." *Id.*

18.     As of the date of this filing, DOJ and its components have not issued a determination for the two above-referenced requests.

19.     As of the date of this filing, DOJ has not complied with FOIA and has released no records responsive to the two above-referenced requests.

20.     As of the end of the Fiscal Year 2022, OIP had 1,163 pending complex requests that had not yet been completed.  These requests had been pending on average of 619.66 days.

21.     As of the end of the Fiscal Year 2022, the Civil Division had 133 complex requests that had not yet been completed.  These requests had been pending on average of 157.85 days.

## APRIL 19, 2023 FOIA REQUEST TO USCIS

22.     On April 19, 2023, Plaintiff submitted a FOIA request to USCIS, via the online portal, for the following records:

> [1] Emails, letters, memoranda, and other communications, including attachments, sent or received by USCIS employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at USCIS, communications with DOJ, DHS, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications;
>
> [2] Records referencing or created in the course of license negotiations regarding "God Bless the USA";
>
> [3] Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA."  The time frame for search for this portion of the request is from January 1, 2016, through the date of your search;
>
> [4] All records, including communications and correspondence, in which USCIS was asked to cease its use of  "God Bless the USA"; and
>
> [5] All records reflecting or referencing USCIS' use of "God Bless the USA," including but not limited to naturalization ceremony presentations or pamphlets referencing "God Bless the USA."

A true and correct copy of the FOIA request, submitted via the online portal, is attached as Exhibit 5.

23. On April 25, 2023, USCIS acknowledged receipt of the request and assigned reference number COW2023002662 to the request. A true and correct copy of the acknowledgement letter is attached as Exhibit 6.

24. USCIS stated that the request presents "unusual circumstances" and invoked a ten-day extension pursuant to 5 U.S.C. 552 § (a)(6)(B). *Id.*

25. As of June 27, 2023, USCIS' online portal shows that Plaintiff's request is 939 of 1106 pending requests. A true and correct copy of the online portal is attached as Exhibit 7.

26. The online portal also shows the estimated date of completion as June 8, 2023, for Plaintiff's FOIA request, which has already passed. *Id.*

27. As of the date of this filing, USCIS has not issued a determination for the request.

28. As of the date of this filing, USCIS has not complied with FOIA and has released no records responsive to the FOIA request.

## APRIL 19, 2023 FOIA REQUEST TO DHS

29. On April 19, 2023, Plaintiff submitted a FOIA request to DHS for the following records:

> [1] Emails, letters, memoranda, and other communications, including attachments, sent or received by DHS employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at DHS, communications with USCIS, DOJ, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications;
>
> [2] Records referencing or created in the course of license negotiations regarding "God Bless the USA";

[3] Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA." The time frame for search for this portion of the request is from January 1, 2016, through the date of your search;

[4] All records that reference when DHS first became aware of USCIS' use of "God Bless the USA," or if none, all records indicating DHS's awareness of USCIS's use of "God Bless the USA"; and

[5] All records collected by, reviewed by, and created by Homeland Security Operational Analysis Center and the authors of The Role of Intellectual Property in U.S. Homeland Security in the course of drafting the sections related to Mr. Greenwood and USCIS on pp. 53-54 and p. 71 of the [RAND] report [available at https://www.rand.org/content/dam/rand/pubs/research_reports/RR3000/RR3039/RAND_RR3039.pdf]

A true and correct copy of the FOIA request is attached as Exhibit 8.

30. On May 17, 2023, DHS acknowledged receipt of the request and assigned reference number 2023-HQFO-01614 to the request. A true and correct copy of the acknowledgement email is attached as Exhibit 9.

31. DHS stated that the request presents "unusual circumstances" and invoked a ten-day extension pursuant to 5 U.S.C. 552 § (a)(6)(B). *Id.*

32. As of the date of this filing, DHS has not issued a determination for the request.

33. As of the date of this filing, DHS has not complied with FOIA and has released no records responsive to the FOIA request.

## COUNT I – APRIL 19, 2023 FOIA REQUEST TO OIP
## DOJ'S FOIA VIOLATION

34. The above paragraphs are incorporated by reference.

35. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

36. Defendant DOJ and its component OIP are federal agencies subject to FOIA.

37. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

38. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

39. Defendant DOJ has failed to issue a complete determination within the statutory deadline.

40. Defendant DOJ has failed to produce all non-exempt records responsive to the request.

## COUNT II – APRIL 19, 2023 FOIA REQUEST TO CIVIL DIVISION
## DOJ'S FOIA VIOLATION

41. The above paragraphs are incorporated by reference.

42. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

43. Defendant DOJ and its component Civil Division are federal agencies subject to FOIA.

44. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

45. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

46. Defendant DOJ has failed to issue a complete determination within the statutory deadline.

47. Defendant DOJ has failed to produce all non-exempt records responsive to the request.

- 9 -

## COUNT III – APRIL 19, 2023 FOIA REQUEST TO USCIS
## USCIS'S FOIA VIOLATION

48. The above paragraphs are incorporated by reference.

49. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

50. Defendant USCIS is a federal agency subject to FOIA.

51. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

52. Defendant USCIS has failed to conduct a reasonable search for records responsive to the request.

53. Defendant USCIS has failed to issue a complete determination within the statutory deadline.

54. Defendant USCIS has failed to produce all non-exempt records responsive to the request.

## COUNT IV – APRIL 19, 2023 FOIA REQUEST TO DHS,
## DHS'S FOIA VIOLATION

55. The above paragraphs are incorporated by reference.

56. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

57. Defendant DHS is a federal agency subject to FOIA.

58. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

59. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

60. Defendant DHS has failed to issue a complete determination within the statutory deadline.

61. Defendant DHS has failed to produce all non-exempt records responsive to the request.

**WHEREFORE,** Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records responsive to the requests;

iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

iv. enjoin Defendants from withholding non-exempt public records under FOIA;

v. award Plaintiff attorneys' fees and costs; and

vi. award such other relief the Court considers appropriate.

Dated:  July 24, 2023

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
PARTIALLY IMPORTANT
PRODUCTIONS, LLC

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com