

## FOIA Request on behalf of Partially Important Productions
1 message

**Rachel Eun** <eun@loevy.com>                                    Wed, Apr 19, 2023 at 11:36 AM
To: Civil.routing.FOIA@usdoj.gov, usdoj-officeoflegalcounsel@usdoj.gov, "DOJ.OIP.FOIA (SMO)"
<doj.oip.foia@usdoj.gov>, "Hibbard, Douglas (OIP)" <Douglas.Hibbard@usdoj.gov>
Cc: Matt Topic <matt@loevy.com>

Hello,

Our firm represents Partially Important Productions. We are submitting the attached FOIA Request on behalf of
Partially Important Productions. I have also cc-ed Matt Topic, who is the attorney handling this matter.

Thank you.

Best,
**Rachel Eun** (She, Her, Hers)
Intake Coordinator and Paralegal
**p:** 312-243-5900  **f:** 312-243-5902
311 N. Aberdeen, 3rd Floor, Chicago, IL 60607
https://loevy.com/



📄 **2023.04.19 FOIA Req_DOJ.pdf**
200K

**Exhibit 1**

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

April 19, 2023

Kenneth Hendricks
Chief, FOIA and Privacy Office
Civil Division
Department of Justice
Civil.routing.FOIA@usdoj.gov

Melissa Golden
Lead Paralegal and FOIA Specialist
Department of Justice
usdoj-officeoflegalcounsel@usdoj.gov

Douglas Hibbard
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Douglas.Hibbard@usdoj.gov; doj.oip.foia@usdoj.gov

*Re: FOIA Request on behalf of Partially Important Productions*

Hello,

Our firm represents Partially Important Productions. We make this request on behalf of Partially Important Productions. At all times relevant to the processing of this request, Partially Important Productions should be considered as the FOIA Requester.

Pursuant to the Freedom of Information Act, Partially Important Productions seeks following:

- Emails, letters, memoranda, and other communications, including attachments, sent or received by DOJ employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at DOJ, communications with USCIS, DHS, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications;
- Records referencing or created in the course of license negotiations regarding "God Bless the USA";
- Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA."  The time frame for

search for this portion of the request is from January 1, 2016, through the date of your search.

Partially Important Production seeks a waiver of document search, review, and duplication fees on the grounds that disclosure of the information requested "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. §552(a)(4)(A)(iii). And indeed, "Congress amended FOIA to ensure that it be 'liberally construed in favor of waivers for noncommercial requesters.'" *See Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1312 (D.C. Cir. 2003) (internal citations omitted). The requested records detail the violation of copyright law by a federal agency and the expending of public funds to resolve that error. Members of the American public have a significant and urgent interest in this information.

Even if a fee waiver should not be granted, fees should be "limited to reasonable standard charges for duplication" because Partially Important Productions is a "representative of the news media." "A request by a reporter or other person affiliated with a newspaper, magazine, television or radio station, or other entity that is in the business of publishing or otherwise disseminating information to the public qualifies under this provision." 132 Cong. Rec. H9463 (Oct. 8, 1986) (emphasis in original quotation). Partially Important Productions produces "Last Week Tonight with John Oliver," a television news show aired nationally, and has the ability to disseminate any information responsive to this Request to the public. Therefore, Partially Important Productions is a member of the media and entitled to limited reasonable fees in the event Partially Important Productions denied a fee waiver.

If you have any questions regarding this Request, you may reach me at matt@loevy.com and eun@loevy.com.

Best,

Matt Topic,
on behalf of Partially Important Productions



## Pending Freedom of Information Act Request, FOIA-2023-01095

**Rachel Eun** <eun@loevy.com>                                                    Mon, Apr 24, 2023 at 3:04 PM
To: "Hibbard, Douglas (OIP)" <Douglas.Hibbard@usdoj.gov>
Cc: "matt@loevy.com" <matt@loevy.com>

Hi Douglas,

Thank you for the clarification. We are seeking records from OASG, Office of Deputy Attorney General, and Public Affairs.

Yes, we submitted the request to the Civil Division and Office of Legal Counsel via email.

Best,
**Rachel Eun** (She, Her, Hers)
Intake Coordinator and Paralegal
**p:** 312-243-5900  **f:** 312-243-5902
311 N. Aberdeen, 3rd Floor, Chicago, IL 60607
https://loevy.com/

On Mon, Apr 24, 2023 at 2:51 PM Hibbard, Douglas (OIP) <Douglas.Hibbard@usdoj.gov> wrote:

> Thank you for your response.
>
> To be clear, OIP processes FOIA requests on behalf of itself and six other components of the Department of Justice, including the Office of the Associate Attorney General (OASG). A search within OIP itself, which we can certainly can conduct if you want, would only locate records related to FOIA requests or administrative appeals on the subject of your request. However, as your request appears to be focused on a licensing issue related to the song "God Bless the USA" I am making an educated guess that OASG *might* have responsive records given that such a civil matter would fall under their general purview. That is not to say that OASG does have records just that, if any of our client offices might, I would think OASG is the most likely. My quick research into your request has not found any connection between the song and the Department which is why I wanted to confirm with you the office(s) from which you are seeking records before we proceed any further.
>
> Lastly, just to confirm, have you already submitted your request to the Civil Division and the Office of Legal Counsel?
>
> Doug
>
> ---
>
> **From:** Rachel Eun <eun@loevy.com>
> **Sent:** Monday, April 24, 2023 3:29 PM
> **To:** Hibbard, Douglas (OIP) <Douglas.Hibbard@usdoj.gov>
> **Cc:** matt@loevy.com
> **Subject:** [EXTERNAL] Re: Pending Freedom of Information Act Request, FOIA-2023-01095

**Exhibit 2**

Hi Mr. Hibbard,

We were not sure exactly which department would have handled the negotiations, so we submitted the request to all three components of the DOJ based on our understanding of each component's role. If it is your understanding that OASG would also have records responsive to the request, we would very much appreciate it if you could forward the request to OASG as well. Otherwise, we ask all three components (Civil Division, OLC, and OIP) to process the request and search for responsive records.

Thanks.

Best,

**Rachel Eun** (She, Her, Hers)
Intake Coordinator and Paralegal
**p:** 312-243-5900  **f:** 312-243-5902
311 N. Aberdeen, 3rd Floor, Chicago, IL 60607
https://loevy.com/

On Mon, Apr 24, 2023 at 2:11 PM Hibbard, Douglas (OIP) <Douglas.Hibbard@usdoj.gov> wrote:

Matt Topic,

This concerns your pending Freedom of Information Act request seeking records concerning the song "God Bless the USA" by Lee Greenwood since January 1, 2016. Based on the nature of your request and that fact that you also submitted it to the Civil Division and Office of Legal Counsel, it is our understanding that you are seeking records from the Office of the Associate Attorney General (OASG). Please advised in response to this email if our understand is incorrect. Otherwise, we will proceed with a records search within OASG.

Doug Hibbard

Chief, Initial Request Staff

Office of Information Policy



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

April 26, 2023

Matthew Topic
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL  60607
matt@loevy.com                           Re:    FOIA-2023-01095

Dear Matthew Topic:

        This is to acknowledge receipt of your Freedom of Information Act (FOIA) request
dated and received in this Office on April 19, 2023, in which you requested records concerning
the song "God Bless the USA" by Lee Greenwood since January 1, 2016.

        Pursuant to your email of August 24, 2023, you have indicated that you are seeking
records from the Office of the Deputy Attorney General, Office of the Associate Attorney
General, and Office of Public Affairs.  Your request will be processed accordingly.  You also
indicated that you have already submitted your request to the Civil Division and Office of legal
Counsel.

        The records you seek require a search in and/or consultation with another Office, and
so your request falls within "unusual circumstances."  See 5 U.S.C. § 552(a)(6)(B)(i)-(iii)
(2018).  Because of these unusual circumstances, we need to extend the time limit to respond
to your request beyond the ten additional days provided by the statute.  For your information,
we use multiple tracks to process requests, but within those tracks we work in an agile manner,
and the time needed to complete our work on your request will necessarily depend on a variety
of factors, including the complexity of our records search, the volume and complexity of any
material located, and the order of receipt of your request.  At this time we have assigned your
request to the complex track.  In an effort to speed up our process, you may wish to narrow the
scope of your request to limit the number of potentially responsive records so that it can be
placed in a different processing track.  You can also agree to an alternative time frame for
processing, should records be located, or you may wish to await the completion of our records
search to discuss either of these options.  Any decision with regard to the application of fees
will be made only after we determine whether fees will be implicated for this request.

        We regret the necessity of this delay, but we assure you that your request will be
processed as soon as possible.  If you have any questions or wish to discuss reformulation or an
alternative time frame for the processing of your request, you may contact this Office by
telephone at the above number, by e-mail at doj.oip.foia@usdoj.gov, or you may write to the

**Exhibit 3**

-2-

Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001.  Lastly, you may contact our FOIA Public Liaison, Valeree Villanueva, at the telephone number listed above to discuss any aspect of your request.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,
Initial Request Staff
Office of Information Policy
U.S. Department of Justice



## FOIA Request on behalf of Partially Important Productions

**FOIA, Civil.routing** <Civil.routing.FOIA@usdoj.gov>            Tue, May 16, 2023 at 8:37 AM
To: Rachel Eun <eun@loevy.com>
Cc: Matt Topic <matt@loevy.com>

Good Morning Ms. Eun,

Please see the attached correspondence related to your request. The Civil Division tracking number assigned to this request is 145-FOI-19268.

Respectfully,

Tyra E. Wiseman

Government Information Specialist

Civil Division

United States Department of Justice

[Quoted text hidden]



**145-FOI-19268 (Topic) Acknowledgment Letter final.pdf**
138K

# Exhibit 4



**U.S. Department of Justice**

Civil Division

_Washington, DC 20530_

Via Email                                          May 1, 2023

Matt Topic, Esq.                          Request No.    145-FOI-19268
Loevy & Loevy                                           TEW:SBL
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
matt@loevy.com

Dear Mr. Topic:

This letter acknowledges that on April 19, 2023, the Civil Division received your Freedom of Information Act (FOIA) request in which you requested records referencing use of the song "God Bless the USA" by U.S. Citizenship and Immigration Services (USCIS) from January 1, 2016 to the present.

The records you seek require a search in another Office in the Division; therefore, your request presents "unusual circumstances" under the FOIA. See 5 U.S.C. § 552(a)(6)(B)(iii)(I). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not completed a search to determine whether there are records within the scope of your request. The time needed to process your request will depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. This Office usually responds to simple requests in approximately one month whereas complex requests necessarily take longer. At this time, we have assigned your request to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We have determined that you are making this request for a "commercial use" as described in Department of Justice regulation 28 C.F.R. § 16.10(b)(1). As such, we are required to assess fees for search, review, and duplication of responsive records. See id. § 16.10(c). You may review the Department of Justice regulations which establish the fees charged for processing FOIA requests at https://www.gpo.gov/fdsys/pkg/CFR-2017-title28-vol1/pdf/CFR-2017-title28-vol1-sec16-10.pdf. Please be advised that the Department of Justice regulations allow us to charge for search time even if we do not locate any responsive records or if we determine that the records are exempt from disclosure. See id. § 16.10(c)(1)(i).

- 2 -

If you disagree with this determination, you are welcome to provide any additional information that would demonstrate that you should not be considered a commercial use requester.

We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact our FOIA Public Liaison by telephone at 202-514-2319, or by mail at the FOIA and Privacy Office, Civil Division, Department of Justice, Room 8400, 1100 L Street NW, Washington, DC 20530. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

FOIA and Privacy Office
Civil Division

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

Submitted via USCIS FOIA Portal

April 19, 2023

**Re: *FOIA Request on behalf of Partially Important Productions***

Hello,

Our firm represents Partially Important Productions. We make this request on behalf of Partially Important Productions. At all times relevant to the processing of this request, Partially Important Productions should be considered as the FOIA Requester.

Pursuant to the Freedom of Information Act, Partially Important Productions seeks following:

- Emails, letters, memoranda, and other communications, including attachments, sent or received by USCIS employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at USCIS, communications with DOJ, DHS, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications.
- Records referencing or created in the course of license negotiations regarding "God Bless the USA."
- Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA."  The time frame for search for this portion of the request is from January 1, 2016, through the date of your search.
- All records, including communications and correspondence, in which USCIS was asked to cease its use of "God Bless the USA"; and
- All records reflecting or referencing USCIS' use of "God Bless the USA," including but not limited to naturalization ceremony presentations or pamphlets referencing "God Bless the USA."

Partially Important Production seeks a waiver of document search, review, and duplication fees on the grounds that disclosure of the information requested "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester."  5 U.S.C. §552(a)(4)(A)(iii).  And indeed, "Congress amended FOIA to ensure that it be 'liberally construed in favor of waivers for noncommercial requesters.'"  *See Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1312 (D.C. Cir. 2003) (internal citations omitted). The requested records detail the violation of copyright law by a federal agency and the expending of public

# Exhibit 5

funds to resolve that error. Members of the American public have a significant and urgent interest in this information.

Even if a fee waiver should not be granted, fees should be "limited to reasonable standard charges for duplication" because Partially Important Productions is a "representative of the news media." "A request by a reporter or other person affiliated with a newspaper, magazine, television or radio station, or other entity that is in the business of publishing or otherwise disseminating information to the public qualifies under this provision." 132 Cong. Rec. H9463 (Oct. 8, 1986) (emphasis in original quotation). Partially Important Productions produces "Last Week Tonight with John Oliver," a television news show aired nationally, and has the ability to disseminate any information responsive to this Request to the public. Therefore, Partially Important Productions is a member of the media and entitled to limited reasonable fees in the event Partially Important Productions denied a fee waiver.

If you have any questions regarding this Request, you may reach me at matt@loevy.com and eun@loevy.com.

Best,

Matt Topic,
on behalf of Partially Important Productions



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

COW2023002662

April 25, 2023

Matthew Topic
311 N Aberdeen St
Suite 300
Chicago, IL 60607

Dear Matthew Topic:

We received your request for information relating to:

- Emails, letters, memoranda, and other communications, including attachments, sent or received by USCIS employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at USCIS, communications with DOJ, DHS, or other federal agencies or components, and, communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications.

- Records referencing or created in the course of license negotiations regarding "God Bless the USA."

- Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA." The time frame for search for this portion of the request is from January 1, 2016, through the date of your search.

- All records, including communications and correspondence, in which USCIS was asked to cease its use of "God Bless the USA", and

- All records reflecting or referencing USCIS' use of "God Bless the USA," including but not limited to naturalization ceremony presentations or pamphlets referencing "God Bless the USA.

Your request was received in this office on April 19, 2023.  We may need to contact you at a later date to discuss  the scope of your request.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2023002662.  Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive

**Exhibit 6**

COW2023002662
Page 2

information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office,  P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Cynthia Munita
Director, FOIA Operations

← Back

# Control Number: COW2023002662

## FOIA/PA STATUS CHECK     DOCUMENT LIBRARY

## Request Details

| | |
|---|---|
| Request Description | Emails, letters, memoranda, and other communications, including attachments, sent or received by USCIS employees referencing use of the song "God Bless the USA" by USCIS |
| Date Submitted | 04/19/2023 |
| Request Type | FOIA Request |

## Request Status

| | |
|---|---|
| Place in Queue | 939 of 1106 pending requests |
| Status | Files Received |
| Estimated Completion Date | 06/08/2023 |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**Request Submitted**
Your request has been received by USCIS.

**Files Requested**
Your request has been reviewed and the National Records Center has placed a request for responsive documents.

**Files Received**
Your responsive documents have arrived at the National Records Center.

**4. Case in Process**
The National Records Center is processing your responsive documents.

**5. Completed**
Your requested documents are available in your own portal unless you selected an alternative delivery method.

USCIS FOIA/PA Headquarters Office

**Exhibit 7**

USCIS Contact Center
1-800-375-5283 or TTY 800-767-1833
FOIAPAQuestions@uscis.dhs.gov



## FOIA Request on behalf of Partially Important Productions

1 message

**Rachel Eun** <eun@loevy.com>                                        Wed, Apr 19, 2023 at 11:37 AM
To: foia@hq.dhs.gov
Cc: Matt Topic <matt@loevy.com>

Hello,

Our firm represents Partially Important Productions. We are submitting the attached FOIA Request on behalf of Partially Important Productions. I have also cc-ed Matt Topic, who is the attorney handling this matter.

Thank you.

Best,
**Rachel Eun** (She, Her, Hers)
Intake Coordinator and Paralegal
**p:** 312-243-5900  **f:** 312-243-5902
311 N. Aberdeen, 3rd Floor, Chicago, IL 60607
https://loevy.com/



📄 **2023.04.19 FOIA Req_DHS.pdf**
200K

**Exhibit 8**

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

April 19, 2023

Mason Clutter
Acting Chief Privacy Officer/Chief FOIA Officer
Department of Homeland Security
foia@hq.dhs.gov

**Re: FOIA Request on behalf of Partially Important Productions**

Hello,

Our firm represents Partially Important Productions. We make this request on behalf of Partially Important Productions. At all times relevant to the processing of this request, Partially Important Productions should be considered as the FOIA Requester.

Pursuant to the Freedom of Information Act, Partially Important Productions seeks following:

- Emails, letters, memoranda, and other communications, including attachments, sent or received by DHS employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at DHS, communications with USCIS, DOJ, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications;
- Records referencing or created in the course of license negotiations regarding "God Bless the USA";
- Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA." The time frame for search for this portion of the request is from January 1, 2016, through the date of your search;
- All records that reference when DHS first became aware of USCIS' use of "God Bless the USA," or if none, all records indicating DHS's awareness of USCIS's use of "God Bless the USA"; and
- All records collected by, reviewed by, and created by Homeland Security Operational Analysis Center and the authors of The Role of Intellectual Property in U.S. Homeland Security in the course of drafting the sections related to Mr. Greenwood and USCIS on pp. 53-54 and p. 71 of the [RAND] report [available at https://www.rand.org/content/dam/rand/pubs/research_reports/RR3000/RR3039/RAND_RR3039.pdf]

Partially Important Production seeks a waiver of document search, review, and duplication fees on the grounds that disclosure of the information requested "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. §552(a)(4)(A)(iii). And indeed, "Congress amended FOIA to ensure that it be 'liberally construed in favor of waivers for noncommercial requesters.'" *See Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1312 (D.C. Cir. 2003) (internal citations omitted). The requested records detail the violation of copyright law by a federal agency and the expending of public funds to resolve that error. Members of the American public have a significant and urgent interest in this information.

Even if a fee waiver should not be granted, fees should be "limited to reasonable standard charges for duplication" because Partially Important Productions is a "representative of the news media." "A request by a reporter or other person affiliated with a newspaper, magazine, television or radio station, or other entity that is in the business of publishing or otherwise disseminating information to the public qualifies under this provision." 132 Cong. Rec. H9463 (Oct. 8, 1986) (emphasis in original quotation). Partially Important Productions produces "Last Week Tonight with John Oliver," a television news show aired nationally, and has the ability to disseminate any information responsive to this Request to the public. Therefore, Partially Important Productions is a member of the media and entitled to limited reasonable fees in the event Partially Important Productions denied a fee waiver.

If you have any questions regarding this Request, you may reach me at matt@loevy.com and eun@loevy.com.

Best,

Matt Topic,
on behalf of Partially Important Productions



## Fwd: HQ - Ack Letter - 2023-HQFO-01614

---------- Forwarded message ---------
From: **foia@hq.dhs.gov** <noreply@securerelease.us>
Date: Wed, May 17, 2023 at 3:39 PM
Subject: HQ - Ack Letter - 2023-HQFO-01614
To: <matt@loevy.com>

05/17/2023

SENT VIA E-MAIL TO:  matt@loevy.com

Matt Topic
Partially Important Productions

Re:  2023-HQFO-01614

Dear Mr. Topic:

This letter acknowledges receipt of your 4/19/2023, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), for

Emails, letters, memoranda, and other communications, including attachments, sent or received by DHS employees referencing use of the song "God Bless the USA" by USCIS, including without limitation internal communications at DHS, communications with USCIS, DOJ, or other federal agencies or components, and communications with Lee Greenwood, Universal Music Group, Peer Music, or attorneys or other agents who indicated that they represent Universal Music Group, Peer Music, or Lee Greenwood with regard to the communications;

• Records referencing or created in the course of license negotiations regarding "God Bless the USA";
• Executed agreements, including settlement and license agreements or other agreements, to which the United States or any of its agencies or components are parties, referencing or applicable to "God Bless the USA." The time frame for search for this portion of the request is from January 1, 2016, through the date of your search;
• All records that reference when DHS first became aware of USCIS' use of "God Bless the USA," or if none, all records indicating DHS's awareness of USCIS's use of "God Bless the USA"; and
• All records collected by, reviewed by, and created by Homeland Security Operational Analysis Center and the authors of The Role of Intellectual Property in U.S. Homeland Security in the course of drafting the sections related to Mr. Greenwood and USCIS on pp. 53-54 and p. 71 of the [RAND] report [available at https://www.rand.org/content/dam/rand/pubs/research_reports/RR3000/RR3039/RAND_RR3039.pdf].

This office received your request on 4/19/2023.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, the Department processes FOIA requests according to their order of receipt.  Although DHS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c). As your request seeks documents that will require a thorough and wide-ranging search, DHS will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c).   If you would like to narrow the scope

**Exhibit 9**

of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS FOIA regulations, as they apply to media requesters.  As a media requester, you will be charged 10 cents per page for duplication; the first 100 pages are free.  We will construe the submission of your request as an agreement to pay up to $25.00.  This office will contact you before accruing any further fees.

We have queried the appropriate component(s) of DHS for responsive records.  If any responsive records are located, they will be reviewed for determination of releasability.  Please be assured that one of the analysts in our office will respond to your request as expeditiously as possible.  We appreciate your patience as we proceed with your request.

Your request has been assigned reference number 2023-HQFO-01614.  Please refer to this identifier in any future correspondence.  The status of your FOIA request is now available online and can be accessed at: https://foiarequest.dhs.gov/app/CheckStatus.aspx, by using this FOIA request number.  Status information is updated daily.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at 1-866-431-0486 or 202-343-1743.

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

--