UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTIALLY IMPORTANT PRODUCTIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.,<br><br>        Defendants. | Civil Action No. 23-2145 (TSC) |

## JOINT STATUS REPORT

Plaintiff Partially Important Productions, LLC, and Defendants, the Department of Justice, U.S. Citizenship and Immigration Services ("USCIS"), and the Department of Homeland Security ("DHS"), pursuant to the Court's January 16, 2024, Minute Order, provide this update as to the processing of Plaintiff's Freedom of Information Act ("FOIA") requests.

Plaintiff brings this action seeking records from Defendants pertaining to USCIS's use of "God Bless the USA" at USCIS's naturalization ceremonies.

As to the requests at issue in this litigation, Defendants provide the following updates.

### Department of Justice

The Office of Information Policy has completed its records searches and issued its final response on March 4, 2024.

The Civil Division ("CIV") has completed the review of its search results, and has located no responsive records. On July 9, 2024, CIV sent its final response to Plaintiff.

**Department of Homeland Security**

As previously reported, DHS completed its search and productions. DHS made three productions responsive to Plaintiff's FOIA request. DHS made its first production on June 7, 2024. DHS made its second production on August 27, 2024. DHS made its third production on September 5, 2024. DHS has also referred one subcategory of the request to the DHS Science and Technology Directorate, and they will respond to Plaintiff directly.

**USCIS**

The parties are conferring regarding the scope of any supplemental searches to be done by USCIS to address any aspects of USCIS's productions which were not already addressed in the earlier civil action and covered by the parties' stipulation in that action. *See* Civ. A. No. 21-2169, ECF No. 26. Plaintiff has represented that it does not seek any records that were previously produced in Civil Action No. 21-269 (TSC). USCIS reports that it completed its supplemental searches and is processing the identified records at a rate of 500 pages per month. Since the last status report, USCIS reports that it made its last production on April 21, 2025.

\*   \*   \*

Plaintiff has indicated that it wishes to explore a settlement with Defendants that would negate the need for further productions. On March 12, 2025, Plaintiff presented a settlement demand. Defendants report that they need additional time to review the demand. The parties will discuss to determine whether there is a path forward.

In light of the ongoing discussions regarding the nature of Plaintiff's requests, the parties therefore propose filing a status report on or before November 15, 2025, to update the Court as to the progress of this action.

Dated: September 15, 2025            Respectfully submitted,

By: */s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com
*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D St., N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States of America*

3